AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| simpson, charles r. | kywd | 04/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| senior/dist | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

601 w.broadway #247
louisville, ky 40202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | International advisory Committee | National Center for State Courts |
| 2. | Executive Committee | Federal judges Assn |
| 3. | Third Study Commission President | International assn of judges |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Center for State Courts | 4/2 - 4/5 | Arlington VA | Committee meeting | Transport, meals lodging |
| 2. | Federal judicial Center | 5/7- 5/10 | Cleveland, OH | seminar | Transport, meals, lodging |
| 3. | Federal Judges Assn | 5/24- 5/25 | Washington DC | meeting | Transport, meals, lodging |
| 4. | Federal Judges Assn | 9/13 - 9/14 | Washington DC | meeting | Transport, meals, lodging |
| 5. | Federal judges Assn | 11/9 - 11/17 | Santiago, Chile | International judges Meeting | Transport, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Transcend CU (formerly Ky telco fed cu) | A | Interest | L | T | | | | | |
| 2. Louv. fed CU | A | Interest | M | T | | | | | |
| 3. Dupree Intermed. govt bond ser | B | Dividend | L | T | | | | | |
| 4. vanguard Totl Stk Mkt idx fnd | C | Dividend | L | T | | | | | |
| 5. HH bonds | A | Interest | K | T | | | | | |
| 6. Stockyrds bk acct | A | Interest | M | T | | | | | |
| 7. dupree ky tax-free | D | Dividend | M | T | | | | | |
| 8. A | | | | | | | | | |
| 9. Vanguard Fed MM Fnd (formerly Vanguard Prime MM Fnd) | A | Dividend | J | T | | | | | |
| 10. Churchill downs com | A | Dividend | K | T | | | | | |
| 11. johnson outdrs com | A | Dividend | K | T | | | | | |
| 12. Vangrd totl stk mkt idx admiral fd | B | Dividend | L | T | | | | | |
| 13. van guard Short-term Treas.adm fd | B | Dividend | M | T | | | | | |
| 14. Vanguard adm treas mm fd | A | Dividend | K | T | | | | | |
| 15. C | | | | | | | | | |
| 16. Vanguard Fed MM Fnd (formerly Vanguard Prime MM Fnd) | A | Dividend | J | T | | | | | |
| 17. Destination XL Group Inc.(formerly Casual Male Retail Group) com | A | Dividend | | | Sold | 04/24/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Churchill Downs com | A | Dividend | K | T | | | | | |
| 19. Washington Prime Group com (CUSIP change from WP Glimcher Com | A | Dividend | J | T | | | | | |
| 20. Johnson Outdoors com | A | Dividend | K | T | | | | | |
| 21. ventas com | C | Dividend | L | T | | | | | |
| 22. CARE CAP PPTYS INC. com | A | Dividend | | | Merged (with line 23) | 08/22/17 | J | A | |
| 23. SABRA Health Care comm | A | Dividend | J | T | | | | | |
| 24. Vanguard totla stock mkt idx ADM fd | B | Dividend | O | T | | | | | |
| 25. Vanguard Short-term treas ADM fd | A | Dividend | L | T | | | | | |
| 26. Vanguard Admiral trsry mm fd | A | Dividend | J | T | Sold (part) | 04/24/17 | K | A | |
| 27. B | | | | | | | | | |
| 28. Vanguard Fed MM Fnd | A | Dividend | J | T | | | | | |
| 29. Churchill Downs com | A | Dividend | L | T | | | | | |
| 30. HealthSouth com | A | Dividend | J | T | | | | | |
| 31. National Hlth invs com | B | Dividend | K | T | | | | | |
| 32. ventas com | B | Dividend | K | T | | | | | |
| 33. CARE CAP PPTYS INC. com | A | Dividend | | | Merged (with line 34) | 08/22/17 | J | A | |
| 34. SABRA Health Care comm | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Tax-managed Cap Apprec Adm fd | D | Dividend | O | T | Buy (add'l) | 05/01/17 | L | | |
| 36. Devel Markets Idx fd (formerly Vanguard Tax-mamged Int'l fd) | B | Dividend | L | T | | | | | |
| 37. vanguard Tax-managed sm Cap fd | B | Dividend | M | T | | | | | |
| 38. Municipal Money Market Fund (formerly Vanguard Tax-Exempt mm fd) | A | Dividend | K | T | | | | | |
| 39. Vanguard Trsy (Admiral) MM fd | C | Dividend | O | T | Sold (part) | 05/01/17 | L | A | |
| 40. D | | | | | | | | | |
| 41. Vanguard Fed MM Fnd | A | Dividend | J | T | | | | | |
| 42. Dreyfus Strategis Municipals fd | A | Dividend | J | T | | | | | |
| 43. GE com | A | Dividend | J | T | | | | | |
| 44. Nextera com | A | Dividend | K | T | | | | | |
| 45. Vanguard tax-managed Cap Apprec Adm Fnd | B | Dividend | M | T | Buy (add'l) | 04/24/17 | K | | |
| 46. Devel Markets idx fd (formerly Vanguard Tax-mang Int'l fd) | A | Dividend | J | T | | | | | |
| 47. Vanguard Tax-Managed Small Cap fd | A | Dividend | K | T | | | | | |
| 48. Vanguard Municipal Money Mkt Fnd (formery Vanguard Tax-Exempt MM fd) | A | Dividend | J | T | | | | | |
| 49. vanguard Trsy MM fd | A | Dividend | J | T | | | | | |
| 50. Investment Club #1 | | | | | | | | | |
| 51. -Wells Fargo Bank NA (formerly Hilliard-Lyons Insured Deposit Prgm) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Air Products & Chemicals com | A | Dividend | K | T | | | | | |
| 53. -Versum Materials Inc com (spin-off from Air Products & Chem. 10/3/16) | A | Dividend | | | Sold | 01/19/17 | J | A | |
| 54. -Alphabet Inc. Com | A | Dividend | L | T | | | | | |
| 55. -Amazon Com Inc. com | A | Dividend | | | Buy | 03/15/17 | J | | |
| 56. -Amzon Com Inc. com | A | Dividend | | | Buy (add'l) | 05/10/17 | J | | |
| 57. -Amazon Com Inc. com | A | Dividend | | | Buy (add'l) | 07/12/17 | J | | |
| 58. -Amazon Com Inc. com | A | Dividend | K | T | Buy (add'l) | 11/15/17 | J | | |
| 59. -American Tower Com | A | Dividend | K | T | | | | | |
| 60. -Apple Com | A | Dividend | L | T | | | | | |
| 61. -Berkshire Hathaway Cl B Com | A | Dividend | L | T | | | | | |
| 62. -CVS Health Corp. com | A | Dividend | K | T | | | | | |
| 63. -Chubb LTD com | A | Dividend | K | T | | | | | |
| 64. -Churchill Downs com | A | Dividend | K | T | | | | | |
| 65. -Colgate palmolive Com | A | Dividend | K | T | | | | | |
| 66. -Diageo PLC ADR Com | A | Dividend | K | T | | | | | |
| 67. -Exxon Mobile Com | B | Dividend | K | T | | | | | |
| 68. -Facebook Inc. Com | | | | | Buy | 01/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Facebook Inc.com | | | | | Buy (add'l) | 07/12/17 | J | | |
| 70. -Facebook Inc. com | A | Dividend | K | T | Buy (add'l) | 09/13/17 | J | | |
| 71. -Fiserv Inc. Com | A | Dividend | L | T | | | | | |
| 72. -Halliburton Com | A | Dividend | K | T | Buy (add'l) | 09/13/17 | J | | |
| 73. -Home Depot com | B | Dividend | L | T | | | | | |
| 74. -McDonalds Com | B | Dividend | L | T | | | | | |
| 75. -Norfolk Southern Corp Com | A | Dividend | L | T | | | | | |
| 76. -Visa Inc Cl A com | A | Dividend | L | T | | | | | |
| 77. -Waters Corp Com | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 28 & 41: Omitted in error from prior reports

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/09/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ charles r. simpson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544